**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01895-BNB

MARIO ANTON LEE,

    Plaintiff,

v.

CHARLES DANIELS, Warden,
BERRY, Lieutenant,
BENUELOS, Lieutenant,
HAROLD WATTS, Administrator Remedy Coordinator,
UNKNOWN NAMED CENTRAL REGIONAL OFFICE ADMINISTRATIVE
    REMEDY COORDINATOR,
S. JARDIN, Administrative Remedy Coordinator,
J. WISEMAN, Officer,
M. EBENHART, Officer,
ERPS, Officer,
MOHLER, Officer,
UNKNOWN NAME INVESTIGATOR,
LITVAN, Lieutenant,
UNKNOWN NAMED TEAM MEMBERS,
THOMPSON, Nurse,
LEE, Officer,
SHORT, Officer,
MARTÍNEZ, Lieutenant,
COREY, Officer,
UNKNOWN NAME, Nurse Team Member,
SYNDER, Captain, and
ROY, Officer,

    Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the letter (ECF No. 8) filed on August 16, 2013, in which Plaintiff seeks an extension of time in which to file an amended complaint that complies with the order of July 19, 2013 (ECF No. 7). The request is GRANTED. Plaintiff will be allowed **thirty (30) days from the date of this minute order** in which to comply with the July 19 order. Failure to do so within the time allowed may result in the dismissal of the instant action.

This matter also is before the Court on the motion (ECF No. 9) filed on August 20, 2013, asking the Court to reconsider the order (ECF No. 6) granting Plaintiff leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 because he alleges he is litigating three lawsuits and has insufficient funds to buy stamps and photocopies apparently necessary for litigation, as well as hygiene items. Plaintiff fails to provide any authority in support of his request, and the Court is unaware of any. Therefore, the motion is DENIED.

Dated: August 21, 2013