**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01895-BNB

MARIO ANTON LEE,

    Plaintiff,

v.

CHARLES DANIELS, Warden,
BERRY, Lieutenant,
BENUELOS, Lieutenant,
HAROLD WATTS, Administrator Remedy Coordinator,
UNKNOWN NAMED CENTRAL REGIONAL OFFICE ADMINISTRATIVE
    REMEDY COORDINATOR,
S. JARDIN, Administrative Remedy Coordinator,
J. WISEMAN, Officer,
M. EBENHART, Officer,
ERPS, Officer,
MOHLER, Officer,
UNKNOWN NAME INVESTIGATOR,
LITVAN, Lieutenant,
UNKNOWN NAMED TEAM MEMBERS,
THOMPSON, Nurse,
LEE, Officer,
SHORT, Officer,
MARTÍNEZ, Lieutenant,
COREY, Officer,
UNKNOWN NAME, Nurse Team Member,
SYNDER, Captain, and
ROY, Officer,

    Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the request for the status of this case (ECF No. 16) filed on November 5, 2013.  The motion is GRANTED in part and DENIED in part.  To the extent Plaintiff is asking when the Court will rule on his case, the request is GRANTED.  The Court will rule on Mr. Lee's case in due course.

    To the extent Plaintiff's request for a case status is a request for a free copy of the docket sheet in this action, the request is DENIED.  Plaintiff may obtain copies of

the docket sheet and electronic documents filed in this action at a cost of $.50 per page paid in advance.  Plaintiff is advised to keep his own copies of any documents that he files with the Court because the Court's electronic filing system does not allow the Court to maintain paper copies.

Dated:  November 6, 2013