IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01895-CMA-MJW

MARIO ANTON LEE,

Plaintiff,

v.

LIEUTENANT M. BANUELOS,
LIEUTENANT BARRY,
PRISON GUARD J. WISEMAN,
PRISON GUARD M. EBERHART,
PRISON GUARD ERPS,
PRISON GUARD MOHLER,
LIEUTENANT K. LITVAN,
CAROL LINGREN, RN,
R. HUDDLESTON, EMT, and
JOHN DOE, Unknown Medical Person[n]el Assigned to the Prison on the 2:00 p.m. to 10:00 p.m. Shift on February 8, 2013,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that plaintiff's Motion for Leave to Amend Complaint Pursuant to Fed. R. Civ. P. 15(a)(2) (Docket No. 34) is DENIED WITHOUT PREJUDICE. Plaintiff's motion does not comply with D.C.COLO.LCivR 15.1 which requires the proposed amended complaint to be attached to the subject motion. The court recognizes that plaintiff is proceeding pro se, however plaintiff is still required to follow the same rules as other litigants. See Nielsen v. Price, 17 F.3d 1276, 1277 (10th Cir. 1994).

Date: February 21, 2014