**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-01895-CMA-MJW

MARIO ANTON LEE,

    Plaintiff,

v.

LIEUTENANT M. BANUELS,
LIEUTENANT BARRY,
PRISON GUARD J. WISEMAN,
PRISON GUARD M. EBERHART,
PRISON GUARD ERPS,
PRISON GUARD MOHLER,
LIEUTENANT K. LITVAN,
CAROL LINGREN, RN,
R. HUDDLESTON, EMT, and
JOHN DOE, Unknown Medical Person[n]el assigned to the Prison,
   on 2:00 PM to 10:00 PM Shift on Februay 8, 2013, and
THE UNITED STATES OF AMERICA,

    Defendants.

---

**ORDER GRANTING STIPULATION OF DISMISSAL OF
DEFENDANTS JOHN DOE AND THE UNITED STATES OF AMERICA**

---

    This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal (Doc. # 45).  The Court has reviewed the Dismissal and ORDERS as follows:

    Defendants John Doe and The United States of America are hereby DISMISSED WITHOUT PREJUDICE.  It is

    FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of John Doe and The United States of America  as Defendants in this case.

    DATED:  March __12__, 2014

                                        BY THE COURT:

                                        *[signature: Christine M. Arguello]*

                                        CHRISTINE M. ARGUELLO
                                        United States District Judge