**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01895-CMA-MJW

MARIO ANTON LEE,

 Plaintiff,

v.

BENUELOS, LIEUTENANT,
BERRY, LIEUTENANT,
M. EBENHART, OFFICER,
ERPS, OFFICER,
HUDDLESTON, NURSE (EMT),
LENGREN, NURSE,
LEE, OFFICER,
LITVAN, LIEUTENANT,
MARTINEZ, LIEUTENANT,
MOHLER, OFFICER,
ROY, OFFICER,
SHORT, OFFICER,
THOMPSON, P.A.,
J. WISEMAN, OFFICER,
MCDERMOTT, MEDICAL DIRECTOR,
all of the above in their individual and official capacities,

 Defendants.

---

## **FINAL JUDGMENT**

---

 In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

 Pursuant to the Order Adopting and Affirming the May 30, 2014 Recommendation of United States Magistrate Judge of Judge Christine M. Arguello entered on June 17, 2014 it is

ORDERED that Plaintiff's objection (Doc. # 69) is OVERRULED. It is further

ORDERED that Defendants' Motion for Summary Judgment re: Second Amended Complaint (Doc. # 63) is GRANTED. It is further

ORDERED that Plaintiff's claims are DISMISSED WITHOUT PREJUDICE. It is further

Ordered that the Defendants shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 18th day of June, 2014.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/   A. Thomas

Deputy Clerk